IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN SPIEHS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-4067-JWB-BGS |
| | ) |
| ERIK SMITH, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO DISMISS BY OFFICIAL CAPACITY DEFENDANTS ERIK SMITH & ADAM PROFFITT

Defendants Erik Smith, in his official capacity as Superintendent of the Kansas Highway Patrol, and Adam Proffitt, in his official capacity as Secretary of the Kansas Department of Administration, move to dismiss causes of action asserted against them in the Complaint, Doc. 1, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) with prejudice for the reasons discussed in the Brief in Support of this motion filed contemporaneously on this date.

Specifically, Defendant Proffitt moves to dismiss Counts 1, 2, 3, 4, and 6 asserted against him in his official capacity. Defendant Smith moves to dismiss Counts 2, 4, and 6 asserted against him in his official capacity. As a result, Proffitt and Smith should be dismissed as Defendants in this lawsuit.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Anthony F. Rupp*
    Anthony F. Rupp    KS 11590
    Eric Turner    KS 25065
    Jacob T. Schmidt    KS 28917
    7500 College Boulevard, Suite 1400
    Overland Park, Kansas  66210
    T (913) 498-2100 | F (913) 498-2101
    trupp@foulston.com
    eturner@foulston.com
    jschmidt@foulston.com

    ATTORNEYS FOR DEFENDANTS
    ERIK SMITH AND ADAM C. PROFFITT

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

    */s/ Anthony F. Rupp*